IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLOW TRADERS U.S. LLC,<br><br>                Plaintiff,<br><br>    -against-<br><br>AFNC, LLC,<br><br>                Defendant. | Civil Action No.: 1:20-cv-10652<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Flow Traders U.S. LLC, through its counsel, hereby gives notice that the above-captioned action is voluntary dismissed, against the defendant.

Dated: April 8, 2021

                                **PORZIO, BROMBERG & NEWMAN, P.C.**

                                By:    s/Russell L. Porter
                                        Russell L. Porter
                              1675 Broadway, Suite 1810
                              New York, NY 10019
                              Tel: 212-265-6888
                              *Attorneys for Plaintiff, Flow Traders U.S. LLC*

6349337